UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

GEORGE LEWIS,

    Plaintiff,

    v.

UNITED STATES,

    Defendant.

_____/

No. C 04-1834 PJH

**JUDGMENT**

This action came before the court for trial, the undersigned judge presiding. On September 16, 2005, this court found in favor of defendant. Consequently,

it is Ordered, Adjudged and Decreed

that judgment be entered in favor of defendant, and further that defendant recover from plaintiff, the costs of suit according to proof.

IT IS SO ORDERED.

Dated: September 16, 2005

_____
PHYLLIS J. HAMILTON
United States District Judge